ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 SEP 17 P 3: 54
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILBERT THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-073 |
| | ) | |
| RALPH KEMP, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion to proceed IFP is **DENIED**, and this case is **DISMISSED** without prejudice.

SO ORDERED this 17th day of September, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE